UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Greenville_

Larry Keith Huddle Jr.                    )

_____           )

_____           )
(Enter above the NAME of the
plaintiff in this action.)                )

        v.                                 )

Amy M. Honoski (Legal Assistant)          )

Sullivan Co Public Defender Office        )

_____           )
(Enter above the NAME of each
defendant in this action.)                )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

            Plaintiffs: _____

                    _____

            Defendants: _____

                    _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Sullivan Co Justice Center Jail_

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (X)

C. If your answer is YES,

1. What steps did you take? _____

   _____

2. What was the result? _____

   _____

D. If your answer to B is NO, explain why not. _The complaint isnt against_ _the place of current confinement._

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (X)

F. If your answer is YES,

1. What steps did you take? _____

   _____

2

2.     What was the result? _____

_____

## III.   PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.     Name of plaintiff: *Larry Keith Huddle Jr.*

Present address: *PO Box 610   Blountville, TN. 37617*

Permanent home address: *688 W. Hovercrest Place   Kingsport, Tennessee 37660*

Address of nearest relative: *2836 Carrollwood Hts.   Kingsport, TN. 37660*

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.     Defendant: *Amy M. Honoski*

Official position: *Legal Assistant for Sullivan Co Public Defenders Office*

Place of employment: *Sullivan Co Public Defenders Office   Sullivan Co Tennessee 37617*

C.     Additional defendants: _____

_____

_____

_____

## IV.   STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

*I called the public defenders office explaining what all information I needed on my out date so that I could get everything straight for me to bond out*

*to contact the correct people to get al straightened*

Out and she stated she wasn't doing anything to help me. I inquired about this and asked her why she wouldn't do her job and she responded ..... ha ha ha ha, you have to make bond anyway and won't be able to get out ha ha ha ha. So I asked why this was so funny and told her she shouldn't even have this job and she replied, "your a fucking sex offender and don't deserve to get out." This conversation was recorded by the jail phones. There have been numerous occasions in which Ms. Horoski has been very combative with me and very unable to get along with. It finally come to light by her stating that I am a fucking sex offender. Therefore violating the code of ethics in which she and her office are bound, plus showing the discrimination towards me because she is bias towards me. Now I feel that I can never trust that office or anyone appointed to help me with my life in jail.

_____

_____

_____

4

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Ms Honoski should have ethical violation brought against her and fired from her job for one, but I am seeking monitary damages in the amount of $500,000 and want that awarded to me for the discrimination shown towards me and also appoint me an attorney in this case.

SIGNED THIS __15__ DAY OF __October__, 20_15_.

SIGNATURE OF PLAINTIFF